IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| THE YELLOW CAB COMPANY; CHECKER CAB ASSOCIATION, INCORPORATED; SUN TAXICAB ASSOCIATION, LTD.; SELECT CAB COMPANY, INC.; SUPERIOR CAB COMPANY, INC.; SUPREME CAB COMPANY, INC.; SERENE CAB COMPANY, INC.; SENTINEL CAB COMPANY, INC.; SCOUT CAB COMPANY, INC.; YELLOW CAB ASSOCIATION, INC.; SAFETY CAB COMPANY INC.; COAST CAB COMPANY, INC.; SERVICE CAB COMPANY, INC.; CIRCLE CAB COMPANY, INC.; SUNRISE CAB COMPANY, INC.; CLASSIC CAB COMPANY, INC.; CORDIAL CAB COMPANY, INC.; CHOICE CAB COMPANY, INC.; CHAMPION CAB COMPANY, INC.; SKYLINE CAB COMPANY, INC.; CENTRAL CAB COMPANY, INC.; BELLE ISLE CAB COMPANY, INCORPORATED; SECURE CAB COMPANY, INC.; COLONIAL CAB COMPANY, INC.; CENTURY CAB COMPANY, INC.; GREEN TOMATO CARS DC, LLC; BAR WOOD, INC.; SUPERTAXI, INC.; KENNETH BUTLER; AHMED JIRDIE; HARWINDER SINGH; TASHIN FARIDA, INC.<br>    Plaintiffs,<br><br>   v.<br><br>UBER TECHNOLOGIES, INC.; MEKURIA GEBREMARIAM; DEREJE GUGSA; AMDE MESFIN<br><br>   Defendants, | Civil Action No. 24C140040640C |

## DEFENDANT UBER TECHNOLOGIES, INC.'S NOTICE OF REMOVAL

Defendants Uber Technologies, Inc. ("Uber"), Mekuria Gebremariam ("Gebremariam"), Dereje Gugsa ("Gugsa"), and Amde Mesfin ("Mesfin"), hereby remove the above-titled action to this Court. This action is within this Court's original jurisdiction and its removal, therefore, is proper under 28 U.S.C. §§ 1332, 1441, and 1446. Pursuant to 28 U.S.C. § 1446(d), Uber will serve copies of this Notice to Plaintiffs and will file copies of this Notice with Clerk the Circuit Court for Baltimore City, Maryland.

## TIMELINESS OF REMOVAL

On July 3, 2014, Plaintiffs filed a Complaint in the Circuit Court for Baltimore City styled *The Yellow Cab Company et al. v. Uber Technologies, Inc. et al.*, Case No. 24-C-14-004064 (the "State Court Action"). Defendants Gebremariam and Gugsa received service of process on July 29, 2014, while Defendant Uber received service of process on July 30, 2014. Consequently, removal is timely under 28 U.S.C. § 1446(b) because fewer than thirty (30) days have elapsed since Gebremariam, Gugsa, and Uber received service of process of the Complaint. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Uber, Gebremariam and Gugsa in the State Court Action are attached hereto as Exhibit A. A true and correct copy of the Notice that was filed with the Clerk of the Circuit Court for Baltimore City, Maryland is attached hereto as Exhibit B.

## JURISDICTION

The State Court Action is within the original jurisdiction of this Court. Plaintiffs are all stock corporations or limited liability companies with principal places of business in Maryland, the District of Columbia, and Illinois, or are individuals who reside in Maryland. Ex. A ¶¶ 9–40. Plaintiffs accordingly are citizens of Maryland, the District of Columbia, or Illinois. *See* 28

U.S.C. § 1332. Defendant Uber is and has remained at all times since the Complaint was filed a citizen of Delaware and California because it is a corporation organized under the laws of the State of Delaware with its principal place of business in San Francisco, California. *Id* ¶ 41. Therefore, all real parties in interest properly joined and served as defendants are not citizens of Maryland, the District of Columbia, or Illinois,[1] while all real parties in interest that are plaintiffs are.[2] On information and belief, the amount in controversy with respect to each properly joined Defendant exceeds $75,000. As such, the State Court Action is properly removed to this Court under 28 U.S.C. § 1332(a). Finally, because the Circuit Court for Baltimore City, Maryland is located within the District of Maryland, Northern Division 28 U.S.C. § 100(1), this Notice of Removal is properly filed in this Court pursuant to 28 U.S.C. § 1441(a).

---

[1] Plaintiffs name Maryland citizens Gebremarian, Gugsa, and Mesfin as defendants in the State Court Action, but Plaintiffs do not attempt to recover against any of them. *See* Ex. A at 40 (seeking injunctive relief, compensatory damages, and reasonable attorneys' fees, interest, and costs against Defandant Uber, but not Gebremarian, Gugsa, or Mesfin). Therefore, Gebremarian, Gugsa, and Mesfin are not real and substantial parties to the alleged controversy and their citizenship does not affect this Court's jurisdiction.

[2] Delaware and Illinois citizen Super Taxi, Inc. purports to be a Plaintiff in the State Court Action, but it is only a party to this action in its capacity as "parent corporation of the Plaintiff Cab Companies and Plaintiff Cab Associations, with the exception of [Plaintiff] Barwood." Ex. A ¶ 36. It does not purport to have any interest in the State Court Action distinct from that of its subsidiaries, and thus does not have standing to sue Defendants and is not a real party in interest.

DATED: August 28, 2014                QUINN EMANUEL URQUHART &
                                      SULLIVAN, LLP

                                      By_____
                                         Ben O'Neil
                                         Attorney for Uber Technologies, Inc.

Ben O'Neil (MSB No. 05120013 / Federal Bar # 29078)
    benoneil@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
777 6th St. NW, 11th Floor
Washington, DC 20001
Telephone:  (202) 538-8000
Facsimile:   (202) 538-8100

Stephen A. Swedlow
    stephenswedlow@quinnemanuel.com
Amit B. Patel
    amitbpatel@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
500 W. Madison St., Suite 2450
Chicago, IL 60661
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

Arthur M. Roberts
    arthurroberts@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:   (415) 875-6700

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2014, I served complete copies via hand delivery and U.S. Mail to the following:

George F. Ritchie
   gritchie@gfrlaw.com
Jonathan Montgomery
   jmontgomery@gfrlaw.com
Gordon Feinblatt LLC
233 East Redwood Street
Baltimore, MD 21202
Telephone:  (410) 576-4131
Facsimile:   (410) 576-4269
*Counsel for Plaintiffs*

_____
Ben O'Neil